**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Judith Lee Anderson Rhymes,

Plaintiff,

v.

Norwest Bank Corporation,

Defendant.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-931 ADM/AJB

---

The above-captioned matter is before the undersigned United States District Judge pursuant to Plaintiff's objections, filed on April 26, 2000, to Magistrate Judge Arther J. Boylan's Report and Recommendation ("R&R") of April 17, 2000. In the R&R, Judge Boylan recommended that Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. No. 2] be denied and that Plaintiff's action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

A district court must make an independent, *de novo* determination of those portions of an R&R to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. See 28 U.S.C. § 636(b)(1)(C) and Local Rule 72.1(c)(2). This Court has made a *de novo* review of both the record and law in this case and agrees with Judge Boylan's well-reasoned analysis and recommendations. Plaintiff's complaint is incomprehensible. It fails to plead fraud with particularity, as required by Fed. R. Civ. P. 9(b), and does not state the necessary jurisdictional grounds, as required by Fed. R. Civ. P. 8(a). Thus, the R&R is adopted in its entirety.

FILED 5-24-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 5-24-00
DEPUTY CLERK

Based upon the foregoing, and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. No. 2] is **DENIED**; and

2. The action is **DISMISSED WITH PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: May 23, 2000

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.