**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

JUDITH LEE ANDERSON RYMES, P.S.L,
PEGGY LEE ANDERSON,
LAURICE B. ANDERSON (deceased),
PENNY AND WILSON,
KIMBERLY J. FORD,
ISABELL A. FORD (deceased),
JEFFERY LEWIS FORD deceased),
CHARLOTTE J. MC CREARY,

Plaintiffs,

v.

NORWEST BANK CORPORATION,

Defendant.

Civil No. 00-931 ADM/AJB

**ORDER**

---

Plaintiffs, in the above-captioned matter, have submitted to the court a written motion requesting a protective order and federal witness protection. Plaintiffs' action, on May 24, 2000, was dismissed with prejudice by Judge Ann D. Montgomery. Therefore, the court is without jurisdiction to hear plaintiffs' motion and so, the court will take no action upon plaintiffs' motion after the date of this order.

Dated: 6/16/00

Arthur J. Boylan
United States Magistrate Judge

FILED JUN 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______